AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| URIEL AGUIRRE-ANDRES | ) Case No. |
| a/k/a Jesus Andres | ) 6:24-mj-1303 |
| a/k/a Diego Salazar | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 18, 2024 _____ in the county of _____ Volusia _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal Re-Entry |

This criminal complaint is based on these facts:

See Attached Affidavit

❒ Continued on the attached sheet.

*Complainant's signature*

Edward Kupchick III, Border Patrol Agent

*Printed name and title*

Sworn to before me over the telephone or
reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  3/19/24

City and state:  Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge

*Judge's signature*

*Printed name and title*

**STATE OF FLORIDA**          **CASE NO. 6:24-mj-**1303

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Edward Kupchick III, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.     I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since August 26, 2013. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 19, 21 and 18 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2.     The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. §§ 1326(a) and (b)(2), illegal reentry of an Aggravated Felon.

3.      On March 18, 2024, CBP contacted the Volusia County Jail in Daytona Beach, Florida[1] in reference the defendant, Uriel AGUIRRE-ANDRES. AGUIRRE-ANDRES was arrested by the Volusia County Sheriff's Office on March 18, 2024, and charged with Driving Under the Influence and Driving Without a License. During the arrest and booking process, officers gathered personal identifying information (name, date of birth, place of birth, etc.) from AGUIRRE-ANDRES. This information was subsequently shared with CBP.

4.      CBP record checks on his biographical information confirmed that AGUIRRE-ANDRES is a citizen and national of Mexico with no lawful immigration status in the United States. He also has an alien file, under his unique alien number, containing all his immigration history. Fingerprints in that file match the booking fingerprints of AGUIRRE-ANDRES from his recent Volusia County arrest.

5.      Documents in the alien file also show that AGUIRRE-ANDRES has been previously ordered deported/removed from the United States to Mexico by an Immigration Judge on August 22, 2007. AGUIRRE-ANDRES was then physically deported/removed from the United States to Mexico on September 10, 2009, through Brownsville, Texas. Criminal records for AGUIRRE-ANDRES shows he was convicted in Volusia County, Florida, for Cocaine Trafficking, and was sentenced to three years in prison. There is no record of AGUIRRE-ANDRES ever

---

[1] Daytona Beach is in Volusia County, within the Middle District of Florida.

applying to the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after AGUIRRE-ANDRES prior deportation/removal.

6. Based on the foregoing, I believe that there is probable cause that Uriel, AGUIRRE-ANDRES was deported and removed from the United States and entered or was found to be voluntarily in the United States thereafter, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). Therefore, I respectfully request that the Court issue the attached criminal complaint charging AGUIRRE-ANDRES with the aforementioned federal offense.

This concludes my Affidavit.

Edward Kupchick III,
Border Patrol Agent

Affidavit submitted by e-mail and attested to me as true and accurate via Zoom/video conferencing consistent with the Fed. R. Crim. P. 4.1 and 41(d)(3), this 19th day of March 2024.

LESLIE HOFFMAN PRICE
United States Magistrate Judge

3